**2003–0532. Pilo v. Liberty Mut. Fire Ins. Co.**
Ashland App. No. 02COA038, 2003-Ohio-662. Discretionary appeal allowed and cause held for the decision in 2003–0302 and 2003–0362, *Taylor v. Kemper Ins. Co.*, Cuyahoga App. No. 81360, 2003-Ohio-177; briefing schedule stayed.

R<small>ESNICK</small> and F.E. S<small>WEENEY</small>, JJ., dissent.
C<small>OOK</small>, J., not participating.